AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

RONALD EDWARD JONES,

     Petitioner,   JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:07-CV-00508-ECR-RAM**

STATE OF NEVADA,

     Respondent.

\_\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice to the filing of a new action accompanied by either the required filing fee or a properly completed application to proceed *in forma pauperis.*

  February 28, 2008                            **LANCE S. WILSON**
                                                                     Clerk

                                                                 /s/ Katie Lynn Ogden
                                                                     Deputy Clerk